LOCAL PROB 12A (06/22)

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

### First Report on Offender Under Supervision

Name of Offender: **Gladstone O. Benjamin, Jr.**

Docket Number: 0205 3:19CR00152-001

Sentencing Judicial Officer: Honorable Kari A. Dooley, U.S. District Judge

Date of Original Sentence: March 8, 2022

Original Offense: Possession with Intent to Distribute Heroin and Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D); and Unlawful Possession of Firearms and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence: 42 Months' Bureau of Prisons; 36 Months' Term of Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: February 1, 2024

AUSA: Anastasia Enos King     Defense Attorney: Terence S. Ward

☐ **Sentence is for a Violation of TSR**

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Noncompliance | Nature of Noncompliance |
|---|---|
| Charge # 1 Special | The defendant shall not use alcohol. On May 11, 2024, and May 23, 2024, Mr. Benjamin submitted a breath samples via Sober Link and tested positive for alcohol. |

U.S. Probation Officer Action:
On April 8, 2024, Mr. Benjamin appeared before the Court for an initial appearance for a violation hearing. At this hearing, Mr. Benjamin, in consultation with his defense attorney, agreed to modify his conditions of supervised release, adding several conditions to include that Mr. Benjamin shall refrain from alcohol use and submit to Sober Link for a period of time. On April 29, 2024, per the order of the court, Mr. Benjamin was placed on Sober Link for a period of 12 weeks to monitor his alcohol use. Additionally, Mr. Benjamin participated in weekly Intensive Outpatient Therapy (IOP) and was successfully discharged on May 1, 2024. As part of his discharge from IOP, it was recommended that Mr. Benjamin participate in a step-down program. As such, Mr. Benjamin has been referred for weekly Relapse Prevention group.

On May 11, 2024, Mr. Benjamin submitted a breath sample via Sober Link at approximately 9:00am, which tested positive for alcohol with a BAC of 0.065%. The undersigned officer contacted Mr. Benjamin at his residence to address the positive test and he denied consuming alcohol. Mr. Benjamin reported that he was not sure why the test was positive and indicated that he may have used mouth wash with alcohol. The undersigned officer verbally reprimanded Mr. Benjamin and instructed him to refrain

from using anything that contained alcohol. The undersigned officer additionally discussed the consequences should he continue to test positive. Mr. Benjamin indicated that he understood. On May 23, 2024, Mr. Benjamin submitted a breath sample via Sober Link at approximately 4:50am, which tested positive for alcohol with a BAC of 0.029%. The undersigned officer contacted Mr. Benjamin via telephone who again denied use. Mr. Benjamin was verbally reprimanded and instructed to report to the U.S. Probation Office for a three-way meeting with the undersigned officer and Mr. Benjamin's attorney, Terence Ward. During this meeting, Mr. Benjamin admitted that he was not truthful about his use. Mr. Benjamin admitted to consuming a couple glasses of wine the night before he submitted to the breathalyzers. According to Mr. Benjamin he was struggling with family issues at the time and knows he made a bad decision. The undersigned officer expressed concern for Mr. Benjamin's positive test on May 23, 2024, as he was reporting to work that morning. Mr. Benjamin indicated that he understood the concern and agreed to refrain from further use. Mr. Benjamin also agreed to continue to engage in treatment to address his use. The undersigned officer verbally reprimanded Mr. Benjamin and warned him that, should he continue to test positive, his employer will be notified.

U.S. Probation Officer Recommendations:
Given Mr. Benjamin's willingness to continue treatment, it is respectfully recommended that the Court take no further action at this time. However, should Mr. Benjamin fail to engage in the recommended treatment and not be responsive to the probation office, the Court will be notified and the probation officer may submit an amended recommendation.

Respectfully Submitted:

Matthew L'Heureux
U.S. Probation Officer

Date: June 3, 2024

**THE COURT ORDERS:**

☒ Concur with action(s) taken by U.S. Probation & Pretrial Services

☐ Issue a summons for violation hearing          Date: _____

☐ Issue a warrant for violation hearing

☐ Issue a summons for compliance review hearing     Date: _____

☐ Other

_____
Judicial Officer

June 4, 2024
_____
Date

**Submit by Email**     **Print**     **Save As...**