LOCAL PROB 12C
(06/24)

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

## (AMENDED) Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gladstone O. Benjamin Jr.

Docket Number: 0205 3:19CR00152-001

Sentencing Judicial Officer: Honorable Kari A. Dooley, U.S. District Judge

Date of Original Sentence: March 8, 2022

Original Offense: Possession with Intent to Distribute Heroin and Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D); and Unlawful Possession of Firearms and Ammunition by a Felon, in violation of 18 U.S.C. §§922(g)(1) and 924(a)(2).

Original Sentence: 42 Months' Bureau of Prisons; 36-Month Term of Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 1, 2024

AUSA: Anastasia Enos King    Defense Attorney: Terence S. Ward

### PETITIONING THE COURT

☒ To issue a summons for a violation hearing
☐ To issue a warrant
☒ To consider this amendment to the petition filed on July 17, 2024

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Charge # 1**
**Mandatory #1**

You must not commit another federal, state, or local crime.

Reported to the Court on March 27, 2024:

On March 14, 2024, Mr. Benjamin turned himself in to the Wethersfield Police Department on an outstanding warrant for: Disobeying an Officer's Signal, Reckless Driving, and Criminal Mischief Third Degree. On July 25, 2024, the above-noted charges were nolled in Hartford Superior Court.

**Charge # 2**
**Standard #3**

You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

Reported to the Court on July 17, 2024:

On July 9, 2024, the probation officer made contact with Mr. Benjamin via telephone who reported that he was in Pennsylvania for the holiday weekend with his family. Mr. Benjamin reported that he left on July 4, 2024, and returned on July 7, 2024. Mr. Benjamin stated that he thought

he had permission to leave the state. Mr. Benjamin did not advise the probation officer of his plans to travel nor did Mr. Benjamin receive permission to the leave the State of Connecticut.

Charge # 3
Mandatory #1

You must not commit another federal, state, or local crime.

New Information:

On August 27, 2024, Mr. Benjamin turned himself in on an outstanding warrant issued by the Hartford Police Department on August 5, 2024. Mr. Benjamin was charged with Forgery Second Degree, Larceny First Degree, and Criminal Attempt to Commit Larceny First Degree. On the same date, Mr. Benjamin satisfied a professional surety bond and was released from custody. He is scheduled to appear in Hartford Superior Court again on October 1, 2024, under docket number: H14H-CR24-0765924-S.

U.S. Probation Officer Recommendations:
Given the new criminal charges, it is respectfully recommended that the Court issue a summons compelling Mr. Benjamin to appear and show cause as to why his term of supervised release should not be modified or revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed On          August 28, 2024

*Abigail Shar* (signature)

Mallory Scirocco
U.S. Probation Officer

**THE COURT ORDERS:**

☐ Issue a summons for a violation hearing          Date: _____

☐ Issue a warrant

☐ Issue a summons for a compliance review hearing          Date: _____

☒ The Court has previously issued a summons or warrant based on a petition filed by U.S. Probation & Pretrial Services. The Court accepts this amended petition and will consider the amended charges contained herein at the next scheduled violation hearing

☐ Other

_Kari A. Dooley_  Digitally signed by Kari A. Dooley
Date: 2024.08.30 14:35:27 -04'00'

Signature of Judicial Officer

August 30, 2024
Date